# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HENRIETTA BRIONES, | No. EDCV 07-774-JVS (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ROBERT PRESLEY DETENTION CENTER, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 11, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE